WMC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 OCT -9 AM 10:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Travis TAYLOR**<br>**aka: Eric Matthews**<br>Defendant. | Magistrate Case No. '07 MJ 2393<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326<br>Attempted Entry After<br>Deportation (Felony) |

The undersigned complainant being duly sworn states:

On or about **October 8, 2007**, within the Southern District of California, defendant **Travis TAYLOR** aka: Eric Matthews, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **Otay Mesa, California Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and
Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF **OCTOBER 2007.**

UNITED STATES MAGISTRATE JUDGE

WMC

**PROBABLE CAUSE STATEMENT**

On October 8, 2007, at approximately 0127, a male individual later identified as **Travis TAYLOR aka: Eric Matthews (Defendant)** attempted to enter the United States from Mexico at the Otay Mesa, California Port of Entry vehicle lanes. Defendant was a passenger in a 2003 Chevrolet Tracker driven by Belinda Watkins. Defendant presented a California driver license bearing the name Paul Jones and Defendant's photo to a Customs and Border Protection (CBP) officer. Watkins told the CBP officer she and Defendant are United States citizens. The CBP Officer suspected the California driver license was counterfeit and asked Defendant where he was born. Defendant told the CBP officer he was born in New York and did not know his social security number. CBP officers escorted Defendant, Watkins, and the vehicle to secondary for further inspection.

During secondary inspection, the California driver license was determined to be counterfeit. Defendant was queried by fingerprint and photograph through the Automated Biometric Identification System (IDENT). IDENT returned a match to the query, identifying Defendant as a citizen of Jamaica and a previously removed alien. Defendant's identity was verified using the Integrated Automated Fingerprint Identification System (IAFIS).

Further queries using the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant was a citizen of Jamaica with no legal documents to enter the United States. Immigration service records indicate Defendant was deported from the United States by an immigration judge on or about November 30, 2005. Defendant was physically removed from the United States to Jamaica on September 27, 2006. Immigration service records also indicated no evidence that Defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

During a videotaped proceeding, Defendant was advised of his Miranda Rights and elected to submit to questioning without the benefit to counsel. Defendant admitted he is a citizen of Jamaica. Defendant admitted he told the CBP officer he was born in New York. Defendant admitted he was deported from the United States by an immigration judge in 2006. Defendant admitted he has not requested nor received permission to re-enter the United States. Defendant admitted he intended to travel to New York to reunite with his family.