FILED
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JM DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TRAVIS TAYLOR,<br>Defendant. | Criminal Case No. 07CR3044-L<br>INFORMATION<br>Title 8, U.S.C., Sec. 1326(a) and (b) -Attempted Entry After Deportation (Felony) |

The United States Attorney charges:

On or about October 8, 2007, within the Southern District of California, defendant TRAVIS TAYLOR, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Jamaica, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that defendant TRAVIS TAYLOR was removed from the United States subsequent to January 31, 2007.

DATED: 11/13/07.

KAREN P. HEWITT
United States Attorney

[signature] for
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
11/02/2007