CAROLYN L. OLIVER
California Bar No. 144750
LAW OFFICES OF CAROLYN L. OLIVER
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 456-3572
Facsimile: (858) 536-5903

Attorney for Defendant TRAVIS TAYLOR

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>TRAVIS TAYLOR,<br>Defendant. | Case No. 07-CR-03044-L<br><br>**NOTICE OF MOTION AND MOTION FOR DISCOVERY AND FOR LEAVE TO FILE FURTHER MOTIONS**<br><br>Date: January 28, 2008<br>Time: 2:00 p.m. |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, KAREN HEWITT, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Please take notice that at the above designated time and place, defendant TRAVIS TAYLOR will move the court for an order compelling discovery in the instant case with respect to the items set forth in the attached memorandum of law, based upon the constitutional, statutory, and judicial authorities cited herein. Defense counsel will further move the court for leave to file further motions herein as may be warranted by discovery materials produced in the case.

///

///

///

///

Said motion is based upon the instant notice of motion, the attached memorandum of law, and on such evidence and argument as may be presented at the hearing on the motion.

Dated: January 10, 2008

Respectfully submitted,

/s/

CAROLYN L. OLIVER
Attorney for Defendant
TRAVIS TAYLOR
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 456-3572
Facsimile: (858) 536-5903
coliver1@san.rr.com

1:\Oliver\Taylor.Disc-Not