CAROLYN L. OLIVER
California Bar No. 144750
LAW OFFICES OF CAROLYN L. OLIVER
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 456-3572
Facsimile: (858) 536-5903

Attorney for Defendant TRAVIS TAYLOR

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TRAVIS TAYLOR,<br>Defendant. | Case No. 07-CR-03044-L<br>**JOINT STIPULATION TO CONTINUE DISCOVERY HEARING DATE**<br>Date: January 28, 2008<br>Time: 2:00 p.m. |

The parties, defendant Travis Taylor, through his attorney, Carolyn L. Oliver, and Carla Bressler, Assistant U.S. Attorney, move to continue the discovery hearing in the above-captioned case from January 14, 2008 at 2:00 p.m., to January 28, 2008, at 2:00 p.m.

Dated: January 10, 2008

s/Carolyn Oliver
CAROLYN L. OLIVER
Attorney for Defendant
TRAVIS TAYLOR
coliver1@san.rr.com

Dated: January 10, 2008

s/Carla J. Bressler
CARLA J. BRESSLER
Assistant U.S. Attorney
carla.j.bressler@usdoj.gov

1:\Oliver\Taylor.stip.wpd

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading:

**JOINT STIPULATION TO CONTINUE DISCOVERY HEARING DATE**

is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR CASE 07-CR03044-L**

1. **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

CARLA J. BRESSLER carla.j.bressler@usdoj.gov

Date: January 10, 2008

/s/ Carolyn Oliver

CAROLYN L. OLIVER
Attorney for Defendant
TRAVIS TAYLOR
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 456-3572
Facsimile: (858) 536-5903
coliver1@san.rr.com