UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
TRAVIS TAYLOR,
Defendant.

CASE NO.: 07-CR-3044-L

**ORDER TO CONTINUE**

IT IS HEREBY ORDERED that the hearing in the above-entitled matter scheduled for January 14, 2008, at 2:00 p.m. be continued to January 28, 2008, at 2:00 p.m.

DATED: January 11, 2008

M. James Lorenz
United States District Court Judge